SECOND DEPARTMENT, FEBRUARY, 1996

(February 1, 1996)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOYCE B. DAVID, on Behalf of ADRIAN BROWN, Petitioner, v WARDEN, Respondent. [638 NYS2d 312] —Writ of habeas corpus in the nature of an application to fix bail upon Queens County Indictment No. 5481/95.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of fixing bail for Adrian Brown on Queens County Indictment No. 5481/95 in the sum of $150,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Balletta, J. P., O'Brien, Altman and Friedmann, JJ., concur.